**Opinion issued August 8, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00019-CV

————————————

## IN RE GENERATOR SUPERCENTER, INC., GENERATOR SUPERCENTER FRANCHISING, LLC, MATTHEW METCALFE, AND STEPHEN CRUISE, RELATORS

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators, Generator Supercenter, Inc., Generator Supercenter Franchising, LLC, Matthew Metcalfe, and Stephen Cruise, have filed a petition for writ of

mandamus requesting that this Court vacate the trial court's December 20, 2023 Order on Plaintiffs' Motion to Compel Production.[1]

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot. We lift the stay ordered by this Court on January 30, 2023.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.

---

[1] The underlying case is *In re Estate of Wesley J. Metcalfe, deceased*, cause number 503,109-401, pending in Probate Court No. 1 of Harris County, Texas, the Honorable Jerry Simoneaux, presiding.